## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Janet Walker, et al.

                                        Plaintiff,

v.                                                         Case No.: 1:19−cv−07482
                                                                        Honorable Jeffrey Cummings

Sedgwick Claims Management Services, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: The parties joint motion for preliminary approval of settlement, certification of Rule 23 Settlement Class and notice of proposed settlement to class members [101] is granted. Enter Order. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.