## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **Janet Walker, Kimberly Harris,** and **Shondra Siler** on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| | ) | Case No.:  1:19-cv-07482 |
| Plaintiffs, | ) | |
| | ) | Honorable Virginia M. Kendall |
| v. | ) | District Court Judge |
| | ) | |
| **Sedgwick Claims Management Services, Inc., an Illinois Corporation**, | ) ) ) | **Honorable Jeffrey I. Cummings Magistrate Judge Presiding by Consent** |
| Defendant. | ) | |

## JOINT MOTION FOR FINAL APPROVAL OF
## JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION CLAIMS

Plaintiffs, Janet Walker, Kimberly Harris, and Shondra Siler ("Plaintiffs" or "Named Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Sedgwick Claims Management Services, Inc. ("Defendant" or "Sedgwick") (together the "Parties") hereby submit this Joint Motion for Final Approval of Joint Stipulation and Agreement to Settle Class Action Claims (the "Motion").  The Parties have contemporaneously submitted their Memorandum in Support of the Motion and incorporate by reference all the arguments contained therein.

WHEREFORE, for all the reasons detailed in the Memorandum in Support of the Motion, the Parties respectfully request that after this Court holds its final fairness hearing on February 16, 2023, the Court enter final approval of the Parties' Joint Stipulation and Agreement to Settle Class Action Claims and order distribution of the Class Fund in the manner set forth in the Parties' Settlement Agreement.

Respectfully Submitted,

*Electronically filed on January 20, 2023*

By: s/John W. Billhorn

John W. Billhorn
Samuel D. Engelson
**BILLHORN LAW FIRM**
53 West Jackson Blvd., Suite 1137
Chicago, Illinois 60604
(312) 853-1450

*Attorneys for Plaintiffs, and all other Plaintiffs similarly situated, known and unknown*

By: s/ *Lydia A. Bueschel*

 Lydia A. Bueschel
**VALENTINE AUSTRIACO & BUESCHEL, P.C.**
105 West Adams Street, 35th Floor
Chicago, Illinois 60603
Tel: (312) 238-9063

Robin A. Wofford (*pro hac vice*)          .
Nicole R. Roysdon (*pro hac vice*)
**WILSON TURNER KOSMO LLP**
402 West Broadway, Suite 1600
San Diego California 92101
Tel: (619) 236-9600

*Attorneys for Defendant*