UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Janet Walker, et al.

                                         Plaintiff,

v.                                        Case No.: 1:19−cv−07482
                                           Honorable Jeffrey Cummings

Sedgwick Claims Management Services, Inc.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: Motion hearing held. For the reasons stated on the record, the parties' joint motion for final approval of joint stipulation and agreement to settle class action claims [105] is granted. By the close of business on 2/24/23, the parties shall submit their agreed, proposed order to the Court's proposed order inbox (Proposed_Order_Cummings@ilnd.uscourts.gov). The Court also grants Plaintiff's unopposed motion for final approval of attorneys' fees [107]. By 7/31/23, the parties' shall file a joint status report on settlement. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.